ACCEPTED
03-14-00656-CR
6530074
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 4:35:21 PM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 3:25:21 PM
JEFFREY D. KYLE
Clerk

**ALLISON PALMER     GEORGE E. McCREA**
**51ST & 119TH DISTRICT ATTORNEYS**
124 W. Beauregard
San Angelo, Texas  76903

325/659-6583                                          325/655-6116
325/658-6831 (Fax)

August 17, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Capitol Station
Austin, Texas  78711

Style: Ron Fuson, Appellant v. The State of Texas,
Case # 03-14-00656-CR Trial Court# B-12-0998-SB, 119th District Court

Dear Mr. Kyle:

The State believes that the trial court ruled correctly in this case. With regard to the Anders brief filed by Appellant, the State hereby notifies the Court that it will not respond on the merits to the points raised and conceded by Appellant's brief.  Please file this letter response with the papers in the cause and bring it to the attention of the appropriate members of the Court or its staff.

Sincerely,

_____
Meagan White
Asst. District Attorney
51st Judicial District
124 W Beauregard, Ste. B
San Angelo, TX 76903
(325) 659-6583
(325) 658-6831  FAX
TSB# 24060973

cc:    Nathan Butler
       123 S. Washington
       San Angelo, TX 76901
       Delivered via https://efile.txcourts.gov/ to
       nathanbutlerattorney@gmail.com